# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| WILLIAM CROWE, | ) CASE NO. 5:05 CV 0148 |
| | ) |
| Plaintiff, | ) JUDGE GAUGHAN |
| | ) |
| v. | ) |
| | ) |
| SCOTT MOULDERS, INC., | ) |
| | ) |
| Defendant. | ) |

## PARTIES' STIPULATION OF DISMISSAL

Per Fed. R. Civ. P. 41(a)(1)(ii), all parties stipulate that the action is hereby dismissed with prejudice.  Each party shall bear its, his/her/its respective costs and attorneys' fees in connection with the claims voluntarily dismissed herein.


So Ordered.
    /s/ Patricia A. Gaughan
    8/24/05